JOANNA SHERIDAN (CABN 260090)
J.P. Sheridan Law
601 Montgomery Street, Suite 850
San Francisco, CA 94111
Phone: (415) 347-2700
Email: joanna@jpsheridanlaw.com

Attorney for Defendant
LUIS RINCON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS RINCON,<br><br>Defendant. | NO. 26-cr-215 YGR<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE SENTENCING HEARING<br><br>Current Date/time: October 8, 2026, at 9:30 am<br>Requested Date/time: October 29, 2026, at 2:15 am |

The above captioned case is currently scheduled for a Sentencing Hearing on October 8, 2026. Mr. Rincon's mother, Karla Rincon, is unable to attend on October 8, 2026, due to international travel. For this reason, the parties jointly request that the Court continue the Sentencing Hearing to October 29, 2026, at which time Ms. Rincon will be able to attend in support of her son.

IT IS SO STIPULATED.

DATED: September 4, 2026

__/s/__
JOANNA SHERIDAN
Attorney for Defendant
MICHAEL SIMON

DATED: September 4, 2026

__/s/__
KELSEY DAVIDSON
Assistant United States Attorney

**~~[PROPOSED]~~ ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS good cause to continue the Sentencing Hearing currently set on October 8, 2026 at 9:30 am to October 29, 2026 at 2:15 pm.

**IT IS SO ORDERED.**

DATED: September 4, 2026

THE HONORABLE YVONNE GONZALEZ ROGERS
Chief United States District Judge